**THE KELLY FIRM, P.C.**
Andrew J. Kelly, Esq.
Nicholas D. Norcia, Esq.
Stephen A. Schwimmer, Esq.
1011 Highway 71, Suite 200
Spring Lake, New Jersey 07762
(732) 449-0525
akelly@kbtlaw.com
nnorcia@kbtlaw.com
sschwimmer@kbtlaw.com
*Attorneys for the Chapter 7 Trustee, Bunce D. Atkinson*

| | |
|---|---|
| IN RE:<br><br>BRIAN W. MEAD,<br><br>Debtor.<br>_____<br><br>BUNCE D. ATKINSON, TRUSTEE FOR DEBTOR ESTATE OF BRIAN MEAD,<br><br>Plaintiff,<br><br>vs.<br><br>INSPIRA MEDICAL CENTER, INC.,<br><br>Defendant. | **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY**<br><br>Chapter 7<br><br>Case No. 21-17470 (MEH)<br><br>ADV. PROC. NO.: 24-01547 (MEH)<br><br>Judge: Hon. Mark E. Hall, U.S.B.J.<br><br>**Hearing Date: May 14, 2025 at 11:00a.m.**<br><br>**TRUSTEE'S RESPONSE TO DEFENDANT'S STATEMENT OF UNDISPUTED MATERIAL FACTS** |

By and through his counsel, The Kelly Firm, P.C., and pursuant to D.N.J. 7056-1(b), the Chapter 7 Trustee Bunce D. Atkinson (the "Trustee"), hereby submits the following statement in response to the statement of undisputed material facts submitted by the Defendant, Inspira Medical Center, Inc. ("Inspira" or "Defendant"), and in further support of his Motion for Summary Judgment:

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted.

7. Admitted.

8. Admitted.

9. Admitted.

10. Admitted.

11. Admitted.

12. Admitted.

13. Denied. The Sheriff of Ocean County attempted to but failed to validly levy upon the real property located at 6 East 17th Street, Long Beach Township, New Jersey.

14. Admitted.

15. Admitted.

16. Admitted.

17. Admitted.

18. Admitted.

19. Admitted.

20. Admitted.

21. Admitted.

22. Admitted.

23. Admitted.

24. Admitted.

25. Admitted.

26. Admitted.

27. Admitted.

28. Admitted.

29. Admitted.

30. Admitted.

31. Admitted.

32. Admitted.

33. Admitted.

34. Admitted.

35. The allegations set forth in Paragraph 34 rely upon written document(s); Trustee denies any variation between the original, authentic document(s) and there allegations herein. To the extent that the allegations in Paragraph 34 further assert legal conclusions, which are not cognizable as assertions of fact under Fed. R. Civ. P. 56(c) and Fed. R. Bankr. P. 7056, the Trustee neither admits nor denies such conclusory legal assertions as beyond the scope of those rules.

Date: May 6, 2025

**THE KELLY FIRM, P.C.**
*Attorneys for Chapter 7 Trustee, Bunce D. Atkinson*

By:  /s/ Stephen A. Schwimmer
**STEPHEN A. SCHWIMMER**