Case 24-01547-MBH-ZNQ Doc 25 Filed 10/08/25 Entered 10/09/25 12:25:50 Desc Main
Document Page 1 of 1

# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

| | | |
|---|---|---|
| In re: | Chapter: | 7 |
| Atkinson v. Inspira Medical Centers, Inc. | Case Number: | 21-17470 |
| | Civil Number: | |
| Brian W. Mead, debtor | Adversary Number: | 24-01547-MEH |
| | Bankruptcy Judge: | Mark Edward Hall |

## TRANSMITTAL OF DOCUMENT(S) TO:
❏ DISTRICT COURT    ❏ CIRCUIT COURT OF APPEALS

The following items have been filed with our office, and are being transmitted:

☒ Notice of Appeal     ☒ Order being Appealed     ❏ Designation of Record on Appeal
❏ Statement of Issues  ❏ Transcript               ❏ Transcript Ordered On: _____
❏ Motion for Leave to Appeal  ❏ Certification of Failure to File Designation  ❏ Motion to Withdraw the Reference
❏ Other _____

---

If a Notice of Appeal is being transmitted:

The Notice of Appeal was filed in our office on 10/8/25. The parties to the appeal are:

| | Appellant(s): | Inspira Medical Centers, Inc. | Appellee(s): | Bunce D. Atkinson |
|---|---|---|---|---|
| | Attorney: | William G. Wright Capehart & Scatchard, P.A. | Attorney: | Stephen Schwimmer, The Kelly Firm P.C. |
| | Address: | 8000 Midlantic Drive Suite 300S | Address: | 1011 Highway 71 |
| | | | | Spring Lake, NJ 07762 |

Title of Order Appealed:  Order Granting The Trustee's Motion For Summary Judgment And Denying Inspira's Cross-Motion For Summary Judgment

Date Entered On Docket: 10/8/25

☒ An appeal has not previously been filed in this case.

❏ The following list contains information regarding all appeals previously filed in this case:

| District Court Case Number | District Court Judge Assigned | Date of Transmission of Record to District Court |
|---|---|---|
| | | |
| | | |
| | | |

Court Clerk: Please complete the information below and return a copy of this form to _____ within 3 days.

Your Court's Case Number: _____      Judge assigned: _____
By: _____                             Date: _____

rev. 8/28/17