| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>William G. Wright<br>Alan P. Fox<br>CAPEHART & SCATCHARD, P.A.<br>8000 Midlantic Drive, Suite 300 S<br>Mt. Laurel, New Jersey 08054<br>(856) 234-6800<br>Attorneys for Defendant | |
| In Re:<br><br>Brian W. Mead,<br><br>                Debtor | Chapter 7<br><br>Case No.: 21-17470-MEH<br><br>Judge: Mark E. Hall, U.S.B.J. |
| Bunce D. Atkinson, Trustee for Debtor Estate of Brian Mead.<br>                Plaintiff,<br>   vs.<br><br>Inspira Medical Center, Inc.<br><br>                Defendant. | Adversary No.: 24-01547-MEH |

**APPELLANT INSPIRA MEDICAL CENTER, INC.'S DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL AND STATEMENT OF ISSUES TO BE PRESENTED**

Pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Appellant Inspira Medical Center, Inc. ("Inspira"), by and through its undersigned counsel, hereby respectfully (i) designates the following items from Adversary Case Number 24-01547 for inclusion in the record on appeal from the *Order granting the Trustee's Motion for Summary Judgment and Denying Inspira's Cross-Motion for Summary Judgment* [Docket No. ???] (the "Order") entered by the United States Bankruptcy Court for the District of New Jersey

15166353_2

(the "Bankruptcy Court") on September 24, 2025, and (ii) provides the following statement of issues to be presented on appeal.

## I. DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

Appellant Inspira designates the following documents and each attachment, exhibit, or appendix thereto.

| Filing Date | Docket No. | Description |
|---|---|---|
| 08/27/24 | 1 | Complaint |
| 09/27/24 | 3 | Answer |
| 02/26/25 | 10 | Motion For Summary Judgment RE: Summary Judgment in favor of Trustee and against Inspira Medical Center. Filed by Bunce D. Atkinson.Hearing scheduled for 3/27/2025 at 10:00 AM, MEH - Courtroom 2, Trenton.. (Attachments: # 1 Certification Certification # 2 Certificate of Service Certification of Service # 3 Brief Brief # 4 Proposed Order # 5 Statement of Undisputed Material Facts # 6 Exhibit Exhibit A # 7 Exhibit Exhibit B # 8 Exhibit Exhibit C # 9 Exhibit Exhibit D # 10 Exhibit Exhibit E) (Schwimmer, Stephen) (Entered: 02/26/2025) |
| 04/24/25 | 15 | Cross Motion re: Cross-Motion for Summary Judgment (related document:10 Motion For Summary Judgment RE: Summary Judgment in favor of Trustee and against Inspira Medical Center. filed by Plaintiff Bunce D. Atkinson) Filed by Inspira Medical Centers, Inc..Hearing scheduled for 5/14/2025 at 11:00 AM, MEH - Courtroom 2, Trenton.. (Attachments: # 1 Certification # 2 Brief # 3 Proposed Order # 4 Certificate of Service # 5 Statement of Undisputed Material Facts # 6 Response to Plaintiff's Statement of Material Facts) (Fox, Alan) (Entered: 04/24/2025) |
| 05/05/25 | 16 | Brief in Opposition to (related document:15 Cross Motion re: Cross-Motion for Summary Judgment (related document:10 Motion For Summary Judgment RE: Summary Judgment in favor of Trustee and against Inspira Medical Center. filed by Plaintiff Bunce D. Atkinson) Filed by Inspira Medical Centers, Inc..Hearing scheduled for 5/14/2025 at 11:00 AM, MEH - Courtroom 2, Trenton.. (Attachments: # 1 Certification # 2 Brief # 3 Proposed Order # 4 Certificate of Service # 5 Statement of Undisputed Material Facts # 6 Response to Plaintiff's Statement of Material Facts) filed by Defendant Inspira Medical Centers, Inc.) filed by Stephen Schwimmer I on behalf of Bunce D. Atkinson. (Attachments: # 1 Responsive Statement of Facts) (Schwimmer, Stephen) (Entered: 05/06/2025) |

15166353_2

| | | |
|---|---|---|
| 05/12/25 | 17 | Response to (related document:16 Brief in Opposition to (related document:15 Cross Motion re: Cross-Motion for Summary Judgment (related document:10 Motion For Summary Judgment RE: Summary Judgment in favor of Trustee and against Inspira Medical Center. filed by Plaintiff Bunce D. Atkinson) Filed by Inspira Medical Centers, Inc..Hearing scheduled for 5/14/2025 at 11:00 AM, MEH - Courtroom 2, Trenton.. (Attachments: # 1 Certification # 2 Brief # 3 Proposed Order # 4 Certificate of Service # 5 Statement of Undisputed Material Facts # 6 Response to Plaintiff's Statement of Material Facts) filed by Defendant Inspira Medical Centers, Inc.) filed by Stephen Schwimmer I on behalf of Bunce D. Atkinson. (Attachments: # 1 Responsive Statement of Facts) filed by Plaintiff Bunce D. Atkinson) filed by Alan P. Fox on behalf of Inspira Medical Centers, Inc.. (Attachments: # 1 Certificate of Service) (Fox, Alan) (Entered: 05/12/2025) |
| 06/16/25 | | Minute of Hearing Held, OUTCOME: Reserve Decision (related document:15 Cross Motion re: Cross-Motion for Summary Judgment (related document:10 Motion For Summary Judgment RE: Summary Judgment in favor of Trustee and against Inspira Medical Center. filed by Plaintiff Bunce D. Atkinson) Filed by Inspira Medical Centers, Inc..Hearing scheduled for 5/14/2025 at 11:00 AM, MEH - Courtroom 2, Trenton.. (Attachments: # 1 Certification # 2 Brief # 3 Proposed Order # 4 Certificate of Service # 5 Statement of Undisputed Material Facts # 6 Response to Plaintiff's Statement of Material Facts) Filed by Defendant Inspira Medical Centers, Inc.) (mmf) (Entered: 06/16/2025) |
| 06/16/25 | | Minute of Hearing Held, OUTCOME: Reserve Decision (related document:10 Motion For Summary Judgment RE: Summary Judgment in favor of Trustee and against Inspira Medical Center. Filed by Bunce D. Atkinson.Hearing scheduled for 3/27/2025 at 10:00 AM, MEH - Courtroom 2, Trenton.. (Attachments: # 1 Certification Certification # 2 Certificate of Service Certification of Service # 3 Brief Brief # 4 Proposed Order # 5 Statement of Undisputed Material Facts # 6 Exhibit Exhibit A # 7 Exhibit Exhibit B # 8 Exhibit Exhibit C # 9 Exhibit Exhibit D # 10 Exhibit Exhibit E) Filed by Plaintiff Bunce D. Atkinson) (mmf) (Entered: 06/16/2025) |
| 09/24/25 | 20 | Order Granting The Trustee's Motion For Summary Judgment And Denying Inspira's Cross-Motion For Summary Judgment (Related Doc # 10). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice., Denying Cross Motion (Related Doc # 15). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 9/24/2025. (mjb) (Entered: 09/24/2025) |
| 10/08/25 | 22 | Notice of Appeal to BAP Court. (related document:20 Order on Motion For Summary Judgment, Order on Cross Motion). Fee Amount $ 298. Filed by Inspira Medical Centers, Inc.. Appellant Designation due by |

15166353_2

|  |  | 10/22/2025. Transmission of Designation Due by 11/7/2025. (Wright, William) (Entered: 10/08/2025) |
|  |  | Transcript of Hearing on June 16, 2025 |

**II.     STATEMENT OF ISSUES TO BE PRESENTED ON APPEAL**

Appellant Inspira submits the following statement of issues to be presented on appeal:

A.  Whether the Bankruptcy Court erred in granting summary judgment to the trustee.

B.  Whether the Bankruptcy Court erred as a matter of law in holding that Appellant did not comply with N.J.S.A. 2A:17-1 in that it did not exert reasonable, good faith efforts to determine whether the Debtor owned personal property in Ocean County, when the Debtor's bankruptcy schedules, the Debtor's testimony at the 341, and the Trustee's various actions all showed that the Debtor resided in Connecticut and had no personal property in New Jersey.

C.  Whether the Bankruptcy Court erred as a matter of law in holding that the New Jersey law required Appellant to identify and levy on the Debtor's personal property before merely levying on Debtor's real property.

D.  Whether the Bankruptcy Court erred as a matter of law in ignoring the Appellant's argument that interpreting N.J.S.A. 2A:17-1 as the Trustee proposed would create a manifestly absurd result, contrary to public policy.

Dated:  October 22, 2025                              Respectfully submitted,

                                                      **CAPEHART & SCATCHARD, PA**

                                                      */s/ William G. Wright*
                                                      William G. Wright
                                                      Capehart & Scatchard, PA
                                                      8000 Midlantic Drive, Suite 300S
                                                      Mount Laurel, NJ  08054
                                                      (856)234-6800
                                                      Email:  wwright@capehart.com

15166353_2