Form tsntc

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

In Re: Brian W. Mead
Debtor

Case No.: 21−17470−MEH
Chapter 7

Bunce D. Atkinson
Plaintiff

v.

Inspira Medical Centers, Inc.
Defendant

Adv. Proc. No. 24−01547−MEH                    Judge: Mark Edward Hall

## Notice That a Transcript Has Been Filed

    You are Noticed that a Transcript has been filed on 11/25/25. Pursuant to the Judicial Conference Policy on Privacy, access to this transcript is restricted for a period of ninety days from the date of filing. The transcript may be viewed at the Bankruptcy Court Clerk's Office. [For information about how to contact the transcriber, please call the Clerk's Office] All parties have seven business days to file a Request for Redaction of any social security numbers, financial account data, names of minor−age children, dates of birth, and home addresses. If redaction is requested, the filing party has twenty−one calendar days from the date the transcript was filed to file a list of items to be redacted indicating the location of the identifiers within the transcript with the court and to provide the list to the transcriber. The transcriber has thirty−one days from the date the list of items to be redacted was filed to file the redacted version of the transcript with the court . If no request is filed, the transcript will be made electronically available to the general public after the ninety days.

Dated: November 26, 2025
JAN:

                                                 Jeanne Naughton
                                                 Clerk