Form tsntc

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

In Re:  Brian W. Mead
Debtor

                                      Case No.: 21−17470−MEH
                                      Chapter 7

Bunce D. Atkinson
Plaintiff

v.

Inspira Medical Centers, Inc.
Defendant

Adv. Proc. No. 24−01547−MEH                    Judge: Mark Edward Hall

**Notice That a Transcript Has Been Filed**

      You are Noticed that a Transcript has been filed on 11/25/25. Pursuant to the Judicial Conference Policy on Privacy, access to this transcript is restricted for a period of ninety days from the date of filing. The transcript may be viewed at the Bankruptcy Court Clerk's Office. [For information about how to contact the transcriber, please call the Clerk's Office] All parties have seven business days to file a Request for Redaction of any social security numbers, financial account data, names of minor−age children, dates of birth, and home addresses. If redaction is requested, the filing party has twenty−one calendar days from the date the transcript was filed to file a list of items to be redacted indicating the location of the identifiers within the transcript with the court and to provide the list to the transcriber. The transcriber has thirty−one days from the date the list of items to be redacted was filed to file the redacted version of the transcript with the court . If no request is filed, the transcript will be made electronically available to the general public after the ninety days.

Dated: November 26, 2025
JAN:

                                                                                                    Jeanne Naughton
                                                                                                                                Clerk

United States Bankruptcy Court
District of New Jersey

Atkinson,
    Plaintiff

Inspira Medical Centers, Inc.,
    Defendant

Adv. Proc. No. 24-01547-MEH

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2
Date Rcvd: Nov 26, 2025      Form ID: tsntc      Total Noticed: 5

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 28, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| md | + | Ira Deiches, 25 Wilkens Road, Haddonfield, NJ 08033-2405 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 26 2025 20:41:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 26 2025 20:41:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| pla | + | Email/Text: bunceatkinson@aol.com | Nov 26 2025 20:41:00 | Bunce D. Atkinson, The Kelly Firm, P.C., 1011 Highway 71, Suite 200, Spring Lake, NJ 07762-3232 |
| dft | + | Email/Text: robbinsa1@ihn.org | Nov 26 2025 20:40:00 | Inspira Medical Centers, Inc., 333 Irving Avenue, Bridgeton, NJ 08302-2123 |

TOTAL: 4

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 28, 2025      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 25, 2025 at the address(es) listed

District/off: 0312-3 User: admin Page 2 of 2
Date Rcvd: Nov 26, 2025 Form ID: tsntc Total Noticed: 5

**below:**

| Name | Email Address |
|---|---|
| Alan P. Fox | on behalf of Defendant Inspira Medical Centers Inc. afox@capehart.com, whorton@capehart.com |
| Ira Deiches | on behalf of Mediator Ira Deiches iradeiches@deicheslaw.com deichesir85617@notify.bestcase.com |
| Stephen Schwimmer, I | on behalf of Plaintiff Bunce D. Atkinson sschwimmer@kbtlaw.com akelly@kbtlaw.com;nnorcia@kbtlaw.com;wsheridan@kbtlaw.com |
| William G. Wright | on behalf of Defendant Inspira Medical Centers Inc. wwright@capehart.com, jlafferty@capehart.com |

TOTAL: 4